# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ERIC GOMEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 7:25-cv-00160-ACA-HNJ |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On March 26, 2025, the magistrate judge entered a report recommending that the court dismiss Petitioner Eric Gomez's 28 U.S.C. § 2241 petition for a writ of habeas corpus without prejudice for failure to prosecute. (Doc. 4). Although the magistrate judge advised Mr. Gomez of his right to file specific written objections within fourteen days and the consequences of a failure to object (*id.* at 2–3), Mr. Gomez failed to file objections, file an application to proceed *in forma pauperis*, pay the $5 filing fee, or otherwise respond to the magistrate judge's report and recommendation. Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** for Mr. Gomez's failure to prosecute.

**DONE** and **ORDERED** this April 29, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE